**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARK E. CAMPBELL,
ADC #144234                                                                                                           PLAINTIFF

V.                                       4:09CV00759 JMM/JTR

CITY OF MOUNT IDA, ARKANSAS, et al.                                          DEFENDANTS

**TRANSFER ORDER**

     Plaintiff, who is currently incarcerated at the Varner Unit of the Arkansas Department of Correction, has filed a *pro se* § 1983 Complaint alleging that his constitutional rights were violated, in several respects, while he was confined in the Montgomery County Jail. *See* docket entry #2.

     The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). The events giving rise to Plaintiff's claims occurred in Montgomery County, which is also where all of the Defendants reside. Montgomery County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas. Thus, the Court concludes that the interest of justice would best be served if this case was transferred to that federal court. *See* 28 U.S.C. § 1406(a) (providing that a district court may "in the interest of justice, transfer . . . a case to any district or division in which it could have been brought" ).

     IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

Dated this 20th day of October, 2009.

                                                                              UNITED STATES DISTRICT JUDGE